RECEIVED
IN LAKE CHARLES, LA

NOV 30 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALI IMAM SHAH | * | CIVIL ACTION NO. 2:16-CV-00529 |
| | * | |
| v. | * | |
| | * | JUDGE MINALDI |
| BLUE WAKE SHIPPING | * | |
| | * | |
| | * | MAGISTRATE JUDGE KAY |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 13) of the Magistrate Judge and the corresponding Memorandum Ruling, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion to Remand (Rec. Doc. 6) is **DENIED.**

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Oral Arguments (Rec. Doc. 17) is **DENIED AS MOOT.**

Lake Charles, Louisiana, this 22 day of Nov_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

5